## THOMAS EMERSON *versus* MICHEL TREMBLÉ

JOURNAL ENTRIES (1821–24): *Journal 3:* (1) Continued *p. 203; (2) motion for continuance overruled *p. 287; (3) motion for continuance *p. 328; (4) motion for continuance overruled *p. 343; (5) witness fees ordered paid *p. 381; (6) jury impaneled, evidence heard *p. 409; (7) witnesses sworn *p. 409; (8) verdict *p. 412; (9) motion for new trial *p. 412; (10) attendance of witness proved *p. 412; (11) motion for new trial overruled, rule for judgment *p. 497; (12) attendance of witnesses proved *p. 498.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) recognizance; (4) bail piece; (5) declaration; (6) statement of accounts and notice of set off; (7) plea of non assumpsit; (8) precipe for subpoena; (9) subpoena; (10) precipe for subpoena; (11) subpoena; (12) affidavit for continuance; (13) precipe for subpoena; (14) subpoena; (15) precipe for subpoena; (16) precipe for subpoena duces tecum; (17) precipe for subpoena; (18) verdict; (19) reasons for new trial; (20) precipe for execution ca. sa.; (21) writ of ca. sa. and return; (22) taxed bill of costs; (23) memo. of payment of costs; (24) memo. of amount of verdict; (25) promissory note.
*1821 Calendar*, MS p. 78. Recorded in *Book B*, MS pp. 361–65.